# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Yvonne Bell,<br><br>        Plaintiff,<br><br>  v.<br><br>Illinois Department of Human Services,<br><br>        Defendant. | No. 23 C 6522<br><br>Judge Jeffrey I. Cummings |

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM

Undersigned counsel, Assistant Attorney General David M. Caves, submits the following substitution for Assistant Attorney General Erin M. Petrolis as counsel for Defendant, Illinois Department of Human Services ("Defendant"), pursuant to Local Rule 83.17. Assistant Attorney General Erin M. Petrolis no longer represents Defendant, and therefore the undersigned respectfully requests that she be withdrawn as counsel of record.

April 12, 2024

Respectfully submitted,

KWAME RAOUL
Illinois Attorney General

By: /s/ David M. Caves
Assistant Attorney General
Office of the Illinois Attorney General
General Law Bureau
Government Representation Division
115 S. LaSalle Street, 27th Floor
Chicago, IL 60603
(773) 505-5277
david.caves@ilag.gov