IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Yvonne Bell, | |
| Plaintiff, | No. 23-cv-06522 |
| v. | |
| Illinois Department of Human Services, | Judge Jeffrey I. Cummings |
| Defendant. | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendant, the Illinois Department of Human Services ("Defendant" or "IDHS"), moves to dismiss Plaintiff's amended complaint, ECF No. 29, pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this motion, Defendant states as follows:

1. Plaintiff's original *pro se* complaint was filed on December 19, 2023. ECF No. 12. After retaining counsel, Plaintiff filed the now-operative amended complaint on April 29, 2024. ECF No. 29. The amended complaint purports to assert a single claim for retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*. *Id*.

2. Plaintiff's amended complaint should be dismissed for two reasons. *First*, Plaintiff failed to exhaust her administrative remedies to support any claim under Title VII. *Second*, Plaintiff's claim is facially defective. Accordingly, the amended complaint should be dismissed pursuant to Rule 12(b)(6).

3. In support of this motion, Defendant submits a memorandum of law, setting forth the reasons Plaintiff's amended complaint should be dismissed. Defendant adopts the arguments set forth in its memorandum in support of this motion.

For these reasons, Plaintiff's amended complaint, ECF No. 29, should be dismissed.

| | |
|---|---|
| May 17, 2024 | Respectfully submitted, |
| KWAME RAOUL<br>Attorney General<br>State of Illinois | By: /s/ David M. Caves<br>Assistant Attorney General<br>Office of the Illinois Attorney General<br>General Law Bureau<br>Government Representation Division<br>115 S. LaSalle Street, 27th Floor<br>Chicago, IL 60603<br>(773) 505-5277<br>david.caves@ilag.gov |